## J. F. O'Brien, Appellee, v. Isabella Curran, Appellant.

## Gen. No. 19,855.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; .the Hon. RUFUS F. ROBINSON, Judge, presiding.   Heard in the Branch Appellate Court at the October term, 1913.   Affirmed.   Opinion filed November 19, 1914.

### Statement of the Case.

Suit of the first class in the Municipal Court of Chicago by J. F. O'Brien against Isabella Curran for services rendered as a real estate broker in procuring a customer for a ninety-nine year leasehold.   The case was tried before a court and jury and a verdict was rendered in favor of the plaintiff for fifteen hundred dollars.

A new trial was granted and resulted in a verdict for the same amount.   Judgment was entered on the verdict and the defendant appealed.

EDWARD MAHER, for appellant.

FRANK & LURIE, for appellee.

MR. JUSTICE SCANLAN delivered the opinion of the court.

### Abstract of the Decision.

BROKERS, § 88*—*when verdict will not be set aside.*   Where a real estate broker made a prima facie showing that a married woman authorized her husband to employ such broker as her agent in procuring a purchaser for a leasehold, and two juries decided the question of the husband's authority in favor of the broker, the finding of the second jury being indorsed by the trial judge, such finding *held* not to be against the weight of the evidence.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.